# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

```
FILED
JUL 26 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12CR1859-JM |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| ANTONIO SANCHEZ-JIMENEZ, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

8USC1326(a) AND (b) - REMOVED ALIEN FOUND IN THE UNITED STATES

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 26, 2012

KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE